IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

WILLIE C. WALKER                                                                PLAINTIFF

V.                                                            CASE NO. 1:13-CV-489-MTP

DR. RONALD WOODALL
AND MIKE HATTEN                                                              DEFENDANTS

## JUDGMENT

This cause having come before the Court on the Defendants' Motions for Summary Judgment [48][53] and a decision having been duly rendered by separate Opinion and Order [76],

IT IS HEREBY ORDERED AND ADJUDGED:

1. That the Motions for Summary Judgment [48][53] are GRANTED.

2. This case is dismissed with prejudice.

THIS the 31st day of January, 2014.

_____
UNITED STATES MAGISTRATE JUDGE